UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT
-----------------------------------------------------------------------x
ESMERALDO OSORIO,

                                              **Plaintiff,**     Voluntary Dismissal
                                                                            12 CV 855 (MPS)
             -against-


ENHANCED RECOVERY COMPANY LLC
                                              **Defendant**
-----------------------------------------------------------------------x
      PLEASE take notice that the plaintiff does hereby, pursuant to Rule 41(a)(1)(A)(i), voluntarily dismiss all claims asserted in this action by plaintiff, individually and on behalf of all others similarly situated, against defendant with prejudice.

|  | Law Offices of Lawrence Katz<br>445 Central Avenue, Suite 201<br>Cedarhurst, New York 11516<br>Telephone: (516) 374-2118<br>Facsimile: (516) 706-2404<br>*Attorney for Plaintiff*<br><br>By: *Lawrence Katz*<br>    LAWRENCE KATZ<br><br>Dated: February 19, 2013 |
|---|---|
|  |  |